**Fill in this information to identify the case:**

Debtor name: **Buena Park Drive LLC**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AKM FIRE<br>18322 OXNARD STREET<br>TARZANA, CA 91356 | | SERVICES | | | | $9,350.00 |
| 2 | Sanchez Structural Welding<br>3608 Arden Drive. Suite C<br>El Monte, CA 91731 | | SERVICES | | | | $5,800.00 |
| 3 | So Cal Industries<br>163 Sixth Ave<br>City of Industry, CA 91746 | | SERVICES | | | | $2,003.00 |